# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THORNELL BROWN, | CASE NO. 1:07-cv-01348-AWI-GSA PC |
| Plaintiff, | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| NORMAN KARLOW, | |
| Defendant. | (Doc. 1) |

Plaintiff Thornell Brown ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on September 17, 2007.  The Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, and found that it states a cognizable claim against Defendant Karlow under section 1983 for retaliation, in violation of the First Amendment.[1]  Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008).  Accordingly, it is HEREBY ORDERED that:

 1. Service is appropriate for the following defendant:

   NORMAN KARLOW

 2. The Clerk of the Court shall send Plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the

---

[1] In a Findings and Recommendations issued concurrently with this Order, the Court recommended that Plaintiff's conspiracy and equal protection claims be dismissed for failure to state a claim.

1

complaint filed September 17, 2007.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. One completed summons;

   b. One completed USM-285 form; and

   c. Two (2) copies of the endorsed complaint filed September 17, 2007.

4. Plaintiff need not attempt service on the defendant and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:**   **September 25, 2008**          /s/ **Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE