# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THORNELL BROWN, | CASE NO. 1:07-cv-01348-AWI-GSA PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING EQUAL PROTECTION AND CONSPIRACY CLAIMS, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM |
| v. | |
| NORMAN KARLOW, | |
| Defendant. | (Docs. 1 and 10) |

Plaintiff Thornell Brown ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On September 26, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on Plaintiff and which contained notice to Plaintiff that any objection to the Findings and Recommendations was to be filed within fifteen days. Plaintiff did not file a timely Objection to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed September 26, 2008, is adopted in full;

///

///

1

2.  This action shall proceed on Plaintiff's complaint, filed September 17, 2007, against Defendant Karlow under section 1983 for retaliation in violation of the First Amendment; and

3.  Plaintiff's conspiracy and equal protection claims are dismissed, with prejudice, for failure to state a claim.

IT IS SO ORDERED.

**Dated:   October 27, 2008**              /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE