IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thornell Brown, | ) |
| Plaintiff, | ) No. 07-CV-1348-SRB |
| vs. | ) |
| Norman Karlow, | ) **ORDER** |
| Defendant. | ) |

Defendant has filed a Motion to Dismiss (Doc. # 18) pursuant to Rule 12(b) of the Federal Rules of Civil Procedure for failure to exhaust prison administrative remedies as required by 42 U.S.C. § 1997e(a).

## NOTICE--WARNING TO PLAINTIFF

*THIS NOTICE IS REQUIRED TO BE GIVEN TO YOU BY THE COURT[1]*

Defendant's Motion to Dismiss seeks to have your case dismissed for failure to exhaust prison administrative remedies as required by 42 U.S.C. § 1997e(a). A motion to dismiss under Rule 12(b) of the Federal Rules of Civil Procedure will, if granted, end your case. When deciding a motion to dismiss for failure to exhaust, the Court may consider evidence beyond your complaint, including sworn declarations and other admissible documentary evidence. Moreover, if Defendant(s) produce admissible evidence demonstrating that you failed to exhaust available administrative remedies, your complaint will be dismissed without

---

[1] *Wyatt v. Terhune*, 315 F.3d 1108, 1120 n.14 (9th Cir. 2003).

1 prejudice unless your response to Defendant's Motion includes admissible evidence sufficient
2 to show that you exhausted all available administrative remedies or that no administrative
3 remedies were available to you.  Types of admissible evidence may include copies of your
4 grievances, grievance responses and sworn declarations.

5 Written opposition to a motion to dismiss under Rule 12(b) must be filed not more
6 than eighteen days after the date of service of the motion to dismiss, plus three days if service
7 is by mail.  Local Rule 78-230(m) provides that failure to oppose a motion "may be deemed
8 a waiver of any opposition to the granting of the motion. . . "

9 You must timely respond to all motions.  The Court may, in its discretion, treat your
10 failure to respond to Defendant's Motion to Dismiss as a consent to the granting of that
11 Motion without further notice, and judgment may be entered dismissing this action without
12 prejudice pursuant to Rule 78-230(m) of the Local Rules of Civil Procedure.  *See Brydges*
13 *v. Lewis*, 18 F.3d 651 (9th Cir. 1994) (*per curiam*).

14 **IT IS ORDERED** that Plaintiff must file a response to Defendant's Motion to
15 Dismiss, together with copies of grievances, sworn declarations or other admissible evidence,
16 no later than 21 days from the December 19, 2008 date of Defendant Karlow's Motion to
17 Dismiss.

18 **IT IS FURTHER ORDERED** that the Motion to Dismiss will be deemed ready for
19 decision without oral argument on the day following the date set for filing a reply unless
20 otherwise ordered by the Court.

22 DATED this 24th day of December, 2008.

25 _____
Susan R. Bolton
United States District Judge

- 2 -