IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thornell Brown,<br><br>   Plaintiff,<br><br>vs.<br><br>Norman Karlow,<br><br>   Defendant. | No. 1:07-CV-01348-SRB(PC)<br><br>**ORDER** |

    Pursuant to the parties Stipulation to Voluntary Dismissal of Action with Prejudice;

    IT IS ORDERED dismissing this case with prejudice each party to bear his own attorneys' fees and costs.

    IT IS FURTHER ORDERED denying as moot all pending motions.

    DATED this 31st day of August, 2009.

_____
Susan R. Bolton
United States District Judge